JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDIN SCHMIDT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DIRECT FUNDING LLC,<br><br>Defendant. | Case No. 8:22-cv-00873-FMO-DFM<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Fernando M. Olguin |

Pursuant to the parties' stipulation of dismissal, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

SO ORDERED.

Dated this 11th day of October, 2022.

/s/
_____
Fernando M. Olguin
United States District Judge

1

ORDER
Case No. 8:22-cv-00873-FMO-DFM